IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

MICHAEL DOMANN
AND
MARY JO DOMANN
10824 Watercress Road
Strongsville, Ohio 44149

Case No. _____

Judge _____

    Plaintiffs,

    vs.

FRONTIER AIRLINES
C/O CORPORATION SERVICE COMPANY
3366 Riverside Drive, #103
Upper Arlington, Ohio 43221

    AND

HUNTLEIGH USA CORP.
5300 Riverside Drive
Cleveland, Ohio 44135

    AND

CITY OF CLEVELAND
Cleveland Hopkins Airport
C/O 601 Lakeside Avenue E.
Cleveland, Ohio 44114

    Defendants.

**INDEX OF EXHIBITS TO
DEFENDANT FRONTIER AIRLINES, INC.'S NOTICE OF REMOVAL**

| *Exhibit* | *Description* |
|:---:|---|
| A | Complaint – Cuyahoga County, Ohio |
| B | Declaration of Timothy O'Connell |
| C | Civil Case Docket – Cuyahoga County, Ohio |

1

| | |
|---|---|
| D | Letter of Representation |
| E | State Court Pleadings |