# EXHIBIT C

Print

# CASE INFORMATION

## CV-22-971208 MICHAEL DOMANN, ET AL vs. FRONTIER AIRLINES, ET AL

### Docket Information

| Filing Date | Docket Party | Docket Type | Docket Description | View Image |
|---|---|---|---|---|
| 11/28/2022 | D2 | SR | CERTIFIED MAIL RECEIPT NO. 49071783 RETURNED 11/17/2022 FAILURE OF SERVICE ON DEFENDANT HUNTLEIGH USA CORP. - NOT DELIVRBL AS ADDR NOTICE MAILED TO PLAINTIFF(S) ATTORNEY | |
| 11/23/2022 | N/A | SR | USPS RECEIPT NO. 49071782 DELIVERED BY USPS 11/17/2022 FRONTIER AIRLINES PROCESSED BY COC 11/23/2022. | |
| 11/18/2022 | N/A | SR | CERTIFIED MAIL RECEIPT NO. 49071783 RETURNED 11/17/2022 FAILURE OF SERVICE ON DEFENDANT HUNTLEIGH USA CORP. - UNABLE TO FORWARD NOTICE MAILED TO PLAINTIFF(S) ATTORNEY | |
| 11/15/2022 | D3 | SR | SUMS COMPLAINT(49071784) SENT BY CERTIFIED MAIL. TO: CITY OF CLEVELAND 601 LAKESIDE AVENUE E. CLEVELAND, OH 44114 | 📄 |
| 11/15/2022 | D2 | SR | SUMS COMPLAINT(49071783) SENT BY CERTIFIED MAIL. TO: HUNTLEIGH USA CORP. 5300 RIVERSIDE DRIVE CLEVELAND, OH 44135 | 📄 |
| 11/15/2022 | D1 | SR | SUMS COMPLAINT(49071782) SENT BY CERTIFIED MAIL. TO: FRONTIER AIRLINES 3366 RIVERSIDE DRIVE, #103 UPPER ARLINGTON, OH 43221 | 📄 |
| 11/14/2022 | N/A | SR | SUMMONS E-FILE COPY COST | |
| 11/14/2022 | N/A | SR | SUMMONS E-FILE COPY COST | |
| 11/14/2022 | N/A | SR | SUMMONS E-FILE COPY COST | |
| 11/14/2022 | D3 | CS | WRIT FEE | |
| 11/14/2022 | D2 | CS | WRIT FEE | |
| 11/14/2022 | D1 | CS | WRIT FEE | |
| 11/10/2022 | N/A | SF | JUDGE KELLY ANN GALLAGHER ASSIGNED (RANDOM) | |
| 11/10/2022 | P1 | SF | LEGAL RESEARCH | |
| 11/10/2022 | P1 | SF | LEGAL NEWS | |
| 11/10/2022 | P1 | SF | LEGAL AID | |
| 11/10/2022 | P1 | SF | COURT SPECIAL PROJECTS FUND | |
| 11/10/2022 | P1 | SF | COMPUTER FEE | |
| 11/10/2022 | P1 | SF | CLERK'S FEE | |
| 11/10/2022 | P1 | SF | DEPOSIT AMOUNT PAID MICHAEL P CASSIDY | |
| 11/10/2022 | N/A | SF | CASE FILED: COMPLAINT, SERVICE REQUEST | 📄 |

Only the official court records available from the Cuyahoga County Clerk of Courts, available in person, should be relied upon as accurate and current.

Website Questions or Comments.
Copyright © 2022 PROWARE. All Rights Reserved. 1.1.266