# EXHIBIT D

*Michael P. Cassidy*
*Cassidy & Associates*
*Michael P. Cassidy Co., L.P.A.*
*11221 Pearl Road*
*Strongsville, Ohio 44136*
*440-728-7000*
*440-846-0000 ext. 222*
*440-846-9770 - fax*
*cassidylawfirm@gmail.com*

June 29, 2022

City of Cleveland
Department of Law
601 Lakeside Avenue
Cleveland, Ohio 44113
Attn: Cleveland Hopkins Claims

In re:  My client: Michael A. Domann
        Incident boarding 2/16/22
        Frontier Airlines Flight 1045
        Cleveland to Orlando

Dear Sirs or Madams:

This office represents Michael Domann who was injured at Cleveland Hopkins on 2/16/2022 while boarding the above captioned flight at Hopkins Airport.

Mr. Domann is a retired U.S. Treasury employee who is a paraplegic.

On the day in question he had been transferred from his wheelchair to an "aisle chair" by employees of your company and/or Frontier and/or Hopkins. At the plane door his aisle-chair was mishandled and he was pitched out of the chair and suffered injury to his shoulder and neck.

We are awaiting his medical records, but believe some of this injury is of a permanent nature. You must understand the importance of his shoulder to a man who has no use of his legs.

We need to assess Cleveland Hopkins' involvement and responsibility in this matter.

We ask that you provide us with an incident report and that you open a claims file and forward to us the contact information of your claims' representative. Feel free to contact me.

Very truly yours,

Michael P. Cassidy

MPC/cjc

RECEIVED
JUL 0 6 2022
CITY OF CLEVELAND
DEPARTMENT OF LAW

*Of Counsel:*
*Paul W. Cassidy*
*Patrick J. Thomas*