# EXHIBIT E



**NAILAH K. BYRD**
**CUYAHOGA COUNTY CLERK OF COURTS**
1200 Ontario Street
Cleveland, Ohio 44113

## Court of Common Pleas

New Case Electronically Filed: COMPLAINT
November 10, 2022 10:32

By: MICHAEL P. CASSIDY 0001087

Confirmation Nbr. 2699466

MICHAEL DOMANN, ET AL                    CV 22 971208

vs.
                                         **Judge:** KELLY ANN GALLAGHER
FRONTIER AIRLINES, ET AL

**Pages Filed:** 5

IN THE COURT OF COMMON PLEAS
CUYAHOGA COUNTY, OHIO

| | | |
|---|---|---|
| MICHAEL DOMANN<br>AND<br>MARY JO DOMANN<br>10824 Watercress Road<br>Strongsville, Ohio 44149 | )<br>)<br>)<br>)<br>)<br>) | CASE NO.: |
| Plaintiffs, | )<br>)<br>) | JUDGE |
| vs. | )<br>) | COMPLAINT |
| FRONTIER AIRLINES<br>C/O CORPORATION SERVICE CO.<br>3366 Riverside Drive, #103<br>Upper Arlington, Ohio 43221 | )<br>)<br>)<br>)<br>) | |
| AND | )<br>) | |
| HUNTLEIGH USA CORP.<br>5300 Riverside Drive<br>Cleveland, Ohio 44135 | )<br>)<br>)<br>) | |
| AND | )<br>) | |
| CITY OF CLEVELAND<br>Cleveland Hopkins Airport<br>C/O 601 Lakeside Avenue E.<br>Cleveland, Ohio 44114 | )<br>)<br>)<br>)<br>) | |
| Defendants | ) | |

**PARTIES**

Plaintiffs Michael and Mary Jo Domann are Husband and Wife and each natural born U.S. Citizens and residents of Strongsville, Cuyahoga County, Ohio.

Defendant Frontier Airlines is major airline carrier as designated by the U.S. Department of Transportation whose main offices are headquartered in Denver, Colorado but keep offices and other minimum contacts in the State of Ohio where the airlines conduct significant business. Defendant Frontier Airlines is subject to Title 49 of the U.S. Code in the conduct of its business.

The City of Cleveland owns and operates Cleveland Hopkins Airport the 43rd busiest airport in the U.S and as such is subject to Title 49 of the U.S. Code in its duty to provide a safe airport which is adaptive to handicapped usage.

Defendant Huntleigh USA Corporation is officed in Cleveland, Ohio at the Hopkins Airport complex and provides wheelchair services in and about the Cleveland Hopkins Complex.

## FACTS

1. Michael Domann is a retired U.S. Treasury employee who lives with his wife Mary Jo in Strongsville, Ohio. Mary Jo is employed by Cuyahoga County. They also own a home in Daytona Beach, Florida;

2. Michael has been a paraplegic since age 17 as a result of an automobile accident. He has had no use of his legs in the last 45 years but has been quite adaptive to the use of his wheelchair and a modified environment in his home and van with the use of his upper body strength in his shoulders and his arms;

3. Michael arrived at Cleveland Hopkins Airport on February 16, 2022 to fly to Orlando on Frontier Airlines Flight 1045. As is the normal procedure in the facilitating paraplegic or any wheelchair limited fliers they must be transferred to "aisle chair" wheelchairs which fit airplane aisles before being transferred to their assigned seat for flight;

4. On this occasion employees of the airlines or their agents wheeled Mr. Domann from the gate to the entrance to the place and transferred him to this "aisle chair". Only one employee was assigned to Mr. Domann to wheel him onto the plane. In his experience he had always had two assigners to seating him and to the management of wheeling the "aisle chair" onto and inside the airplanes. The chair in question gave on movement as the one employee assigned Mr Domann turned away and Mr. Domann was "dumped" from his seat landing on his right shoulder. Since his fall from the "aisle chair", Plaintiff Michael Domann has suffered from weakness and pain his his right shoulder and may require surgery;

5. Mr. Domann has additionally, since his injury required additional assistance in going about his daily functions and has required additional pain medication as treatment for his shoulder.

### COUNT ONE
### Strict Liability

6. Under 49 USC and 29 USC citizens of the U.S. have a public right of transit through navigable U.S. airspace and both airlines and airports have a duty to protect individuals utilizing these airports and airlines and have a

special duty of care in making these facilities safe and accessible to the handicapped.

7. When Michael Domann was in the care of the agents of the Defendants on the runway between the airplane door and the aisles the craft those agents in "respondent superior" where strictly and wholly responsible for Mr. Domann's care and the Defendants are strictly liable in Tort for the acts of those agents which are the proximate cause of injury, pain and suffering and a need to special cost and care.

## COUNT TWO
### Negligence and Reckless Disregard

8. Plaintiffs incorporate Paragraphs 1 - 7 as if fully rewritten herein.

9. Section 502 29 USC 792 requires that airports and airlines in their respective agents are required to make their facilities accessible for handicapped people. Defendants therefore had a duty of care toward ticket holder Plaintiff to care for his special needs in the boarding process.

10. Defendants breached that duty of care in allowing Plaintiff to fall from the "aisle chair" which was not properly managed or equipped.

11. Plaintiff alleges that the absence of a second employee to help him with the transfer to and the movement of the "aisle chair" constitutes a willful and wanton and reckless disregard for Plaintiff in a disgraceful violation of 29 USC 92..

12. This disregard for Plaintiffs and are the direct and proximate result of these injuries now and in the future.

-4-

## COUNT THREE
### Punitive Damages

13. Plaintiffs hereby incorporate Paragraphs 1 - 13 as if fully rewritten herein.

14. Plaintiffs allege that failure to properly staff the use of the "aisle chair" and properly maintain condition to said chair is egregious and was knowingly authorized by Defendants and that the understaffing of that boarding was knowingly authorized, participated in and ratified by Defendants and these omissions which caused Plaintiff injuries.

## COUNT FOUR
### Consortium

15. Plaintiffs hereby incorporate Paragraphs 1 14 as if fully rewritten herein.

16. Plaintiff Mary Jo Domann is the spouse and first caregiver of her husband and as a proximate cause of his injury due to the actions of Defendants Mary Jo Domann suffers from the additional loss of society of her spouse and is required to provide additional care to him now and will suffer such damage in the future.

**WHEREFORE**, Plaintiffs pray for judgment as the Court deems proper in an amount in excess of $25,000.00 along with such other and further relief as the Court deems warranted under the circumstances in law or in equity.

Respectfully submitted,

CASSIDY & ASSOCIATES
MICHAEL P. CASSIDY - #0001087
Attorney for Plaintiffs
11221 Pearl Road, Suite 5
Strongsville, Ohio 44136-3344
(440) 728-7000
(440) 846-9770 Facsimile
Email: cassidylawfirms@gmail.com

## THE COURT OF COMMON PLEAS, CIVIL DIVISION
## CUYAHOGA COUNTY, OHIO

Clerk of Courts | The Justice Center | 1200 Ontario Street 1st Floor, Cleveland, Ohio 44113

| MICHAEL DOMANN, ET AL | CASE NO. CV22971208 |
|---|---|
| Plaintiff | |
| V. | JUDGE KELLY ANN GALLAGHER |
| FRONTIER AIRLINES, ET AL | **SUMMONS**   SUMC  CM |
| Defendant | Notice ID: 49071783 |

| From: | MICHAEL DOMANN | P1 | Atty.: | MICHAEL P CASSIDY |
| --- | --- | --- | --- | --- |
| | 10824 WATERCRESS ROAD | | | 11221 PEARL ROAD |
| | STRONGSVILLE OH 44136 | | | SUITE 5 |
| | | | | STRONGSVILLE, OH 44136-0000 |

| To: | HUNTLEIGH USA CORP. | D2 |
| --- | --- | --- |
| | 5300 RIVERSIDE DRIVE | |
| | CLEVELAND OH 44135 | |

### NOTICE TO THE DEFENDANT:

The Plaintiff has filed a lawsuit against you in this Court. You are named as a defendant. A copy of the **Complaint** is attached.

If you wish to respond to the Complaint, you must deliver a written **Answer** to the Plaintiff's attorney (or the Plaintiff if not represented by an attorney) at the above address *within 28 days* after receiving this Summons (not counting the day you received it). A letter or a phone call will not protect you. Civil Rule 5 explains the ways that you may deliver the **Answer** (http://www.supremecourt.ohio.gov/LegalResources/Rules/civil/CivilProcedure.pdf)

You must also file a copy of your **Answer** with this Court within 3 days *after* you serve it on the Plaintiff. You can file your **Answer** with the Clerk of Courts by one of the following methods: 1) In-person or by mail at the above address or 2) electronically through the online e-Filing system. For more information on using the e-Filing system, visit http://coc.cuyahogacounty.us/en-US/efiling.aspx.

If you fail to serve *and* file your **Answer**, you will lose valuable rights. The Court will decide the case in favor of the Plaintiff and grant the relief requested in the **Complaint** by entering a default judgment against you.

You may wish to hire an attorney to represent you. Because this is a civil lawsuit, the Court cannot appoint an attorney for you. If you need help finding a lawyer, contact a local bar association and request assistance.



**Nailah K. Byrd**
**Clerk of Court of Common Pleas**
**216-443-7950**

Date Sent: 11/14/2022                              By _____
                                                                    **Deputy**

CMSN130



# THE COURT OF COMMON PLEAS, CIVIL DIVISION
## CUYAHOGA COUNTY, OHIO

Clerk of Courts | The Justice Center | 1200 Ontario Street 1st Floor, Cleveland, Ohio 44113

| | |
|---|---|
| **MICHAEL DOMANN, ET AL**<br>Plaintiff | **CASE NO.** CV22971208 |
| V. | **JUDGE** KELLY ANN GALLAGHER |
| **FRONTIER AIRLINES, ET AL**<br>Defendant | **SUMMONS**  SUMC  CM<br>Notice ID: 49071782 |



| From: | MICHAEL DOMANN         P1<br>10824 WATERCRESS ROAD<br>STRONGSVILLE OH 44136 | Atty.: | MICHAEL P CASSIDY<br>11221 PEARL ROAD<br>SUITE 5<br>STRONGSVILLE, OH 44136-0000 |
|---|---|---|---|
| To: | FRONTIER AIRLINES         D1<br>C/O CORPORATAION SERVICE COMPANY<br>3366 RIVERSIDE DRIVE, #103<br>UPPER ARLINGTON OH 43221 | | |

**NOTICE TO THE DEFENDANT:**

The Plaintiff has filed a lawsuit against you in this Court. You are named as a defendant. A copy of the **Complaint** is attached.

If you wish to respond to the Complaint, you must deliver a written **Answer** to the Plaintiff's attorney (or the Plaintiff if not represented by an attorney) at the above address *within 28 days* after receiving this Summons (not counting the day you received it). A letter or a phone call will not protect you. Civil Rule 5 explains the ways that you may deliver the **Answer** (http://www.supremecourt.ohio.gov/LegalResources/Rules/civil/CivilProcedure.pdf)

You must also file a copy of your **Answer** with this Court within 3 days *after* you serve it on the Plaintiff. You can file your **Answer** with the Clerk of Courts by one of the following methods: 1) In-person or by mail at the above address or 2) electronically through the online e-Filing system. For more information on using the e-Filing system, visit http://coc.cuyahogacounty.us/en-US/efiling.aspx.

If you fail to serve *and* file your **Answer**, you will lose valuable rights. The Court will decide the case in favor of the Plaintiff and grant the relief requested in the **Complaint** by entering a default judgment against you.

You may wish to hire an attorney to represent you. Because this is a civil lawsuit, the Court cannot appoint an attorney for you. If you need help finding a lawyer, contact a local bar association and request assistance.



**Nailah K. Byrd**
**Clerk of Court of Common Pleas**
**216-443-7950**

Date Sent: 11/14/2022

By _____
**Deputy**

CMSN130

**UNITED STATES POSTAL SERVICE**

Date Produced: 11/21/2022

CERTIFIED MAIL SOLUTIONS INC.:

The following is the delivery information for Certified Mail™/RRE item number 9314 8001 1300 3547 3018 85. Our records indicate that this item was delivered on 11/17/2022 at 04:55 a.m. in COLUMBUS, OH 43221. The scanned image of the recipient information is provided below.

Signature of Recipient :



Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number: CV22071208 R49071782 / FRONTIER AIRLINES / 2022/11/23/05:08 Case CV22971208
Sent To: 3366 RIVERSIDE DRIVE, #103 UPPER ARLINGTON, OH 43221

# THE COURT OF COMMON PLEAS, CIVIL DIVISION
## CUYAHOGA COUNTY, OHIO

Clerk of Courts | The Justice Center | 1200 Ontario Street 1st Floor, Cleveland, Ohio 44113

| | |
|---|---|
| **MICHAEL DOMANN, ET AL**<br>Plaintiff | **CASE NO.** CV22971208 |
| V. | **JUDGE** KELLY ANN GALLAGHER |
| **FRONTIER AIRLINES, ET AL**<br>Defendant | **SUMMONS**  SUMC  CM<br>Notice ID: 49071784 |



| From: | MICHAEL DOMANN       P1<br>10824 WATERCRESS ROAD<br>STRONGSVILLE OH 44136 |
|---|---|

| Atty.: | MICHAEL P CASSIDY<br>11221 PEARL ROAD<br>SUITE 5<br>STRONGSVILLE, OH 44136-0000 |
|---|---|

| To: | CITY OF CLEVELAND       D3<br>CLEVELAND HOPKINS AIRPORT<br>601 LAKESIDE AVENUE E.<br>CLEVELAND OH 44114 |
|---|---|

### NOTICE TO THE DEFENDANT:

The Plaintiff has filed a lawsuit against you in this Court. You are named as a defendant. A copy of the **Complaint** is attached.

If you wish to respond to the Complaint, you must deliver a written **Answer** to the Plaintiff's attorney (or the Plaintiff if not represented by an attorney) at the above address *within 28 days* after receiving this Summons (not counting the day you received it). A letter or a phone call will not protect you. Civil Rule 5 explains the ways that you may deliver the **Answer** (http://www.supremecourt.ohio.gov/LegalResources/Rules/civil/CivilProcedure.pdf)

You must also file a copy of your **Answer** with this Court within 3 days *after* you serve it on the Plaintiff. You can file your **Answer** with the Clerk of Courts by one of the following methods: 1) In-person or by mail at the above address or 2) electronically through the online e-Filing system. For more information on using the e-Filing system, visit http://coc.cuyahogacounty.us/en-US/efiling.aspx.

If you fail to serve *and* file your **Answer**, you will lose valuable rights. The Court will decide the case in favor of the Plaintiff and grant the relief requested in the **Complaint** by entering a default judgment against you.

You may wish to hire an attorney to represent you. Because this is a civil lawsuit, the Court cannot appoint an attorney for you. If you need help finding a lawyer, contact a local bar association and request assistance.



**Nailah K. Byrd**
**Clerk of Court of Common Pleas**
**216-443-7950**

Date Sent: 11/14/2022          By _____
                                              **Deputy**

CMSN130