IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MICHAEL DOMANN<br>AND<br>MARY JO DOMANN<br>10824 Watercress Road<br>Strongsville, Ohio 44149 | Case No. 1:22-cv-2243<br><br>Hon. Bridget Meehan Brennan |

      Plaintiffs,

      vs.

FRONTIER AIRLINES
C/O CORPORATION SERVICE COMPANY
3366 Riverside Drive, #103
Upper Arlington, Ohio 43221

      AND

HUNTLEIGH USA CORP.
5300 Riverside Drive
Cleveland, Ohio 44135

      AND

CITY OF CLEVELAND
Cleveland Hopkins Airport
C/O 601 Lakeside Avenue E.
Cleveland, Ohio 44114

      Defendants.

## APPEARANCE OF ATTORNEY TIMOTHY J. O'CONNELL
## ON BEHALF OF DEFENDANT FRONTIER AIRLINES, INC.

To Clerk of Court:

      PLEASE TAKE NOTICE that Timothy J. O'Connell hereby enters his appearance on behalf of Defendant FRONTIER AIRLINES, INC., in the above-captioned matter.

4861-6550-5091.v1

Respectfully submitted:

JAFFE RAITT HEUER & WEISS, P.C.

By: /s/Timothy J. O'Connell
Scott R. Torpey (0081561)
Timothy J. O'Connell (0097276)
*Attorneys for Frontier Airlines, Inc.*
27777 Franklin Road, Suite 2500
Southfield, MI  48034
(248) 351-3000
(248) 351-3082 (Fax)
storpey@jaffelaw.com
toconnell@jaffelaw.com

Dated:  December 13, 2022

## CERTIFICATE OF SERVICE

I, Katherine M. Abrignani, state that I am an employee of Jaffe, Raitt, Heuer & Weiss, P.C., and that on December 13, 2022, I served the foregoing papers and this *Certificate of Service* via the Court's electronic filing system.

/s/Timothy J. O'Connell
Timothy J. O'Connell (0097276)