## IN THE U.S. DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **MICHAEL DOMANN, et al.** | ) | CASE NO: 1:22 CV 02243 |
| | ) | |
| **Plaintiffs,** | ) | JUDGE BRIDGET MEEHAN BRENNAN |
| | ) | |
| v. | ) | NOTICE OF APPEARANCE OF |
| | ) | COUNSEL FOR DEFENDANT, CITY OF |
| **FRONTIER AIRLINES, INC., et al.** | ) | CLEVELAND |
| | ) | |
| **Defendants** | | |

Please take notice that Thomas J. Connick, Esq. of Schneider, Smeltz, Spieth, Bell LLP hereby enters his appearance on behalf of Defendant, CITY OF CLEVELAND, in the above-captioned matter.

Respectfully submitted,

**SCHNEIDER, SMELTZ, SPIETH**
  **BELL LLP**

/s/ Thomas J. Connick
Thomas J. Connick (0070527)
1375 East Ninth Street, Suite 900
Cleveland OH  44114
PH: 216-696-4200
tconnick@sssb-law.com
*Attorney for Defendant, City of Cleveland*

## CERTIFICATE OF SERVICE

I hereby certify that on 28th day of December, 2022 the foregoing was filed electronically and that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing system.

Respectfully submitted,

/s/ Thomas J. Connick
Thomas J. Connick (0070527)
*Attorney for Defendant, City of Cleveland*