IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

MICHAEL DOMANN
AND
MARY JO DOMANN
10824 Watercress Road
Strongsville, Ohio 44149

  Plaintiffs,

  vs.

FRONTIER AIRLINES
C/O CORPORATION SERVICE COMPANY
3366 Riverside Drive, #103
Upper Arlington, Ohio 43221

  AND

HUNTLEIGH USA CORP.
5300 Riverside Drive
Cleveland, Ohio 44135

  AND

CITY OF CLEVELAND
Cleveland Hopkins Airport
C/O 601 Lakeside Avenue E.
Cleveland, Ohio 44114

  Defendants.

Case No. 1:22-cv-2243

## NOTICE OF CHANGE OF FIRM NAME

To:  The Court and All Counsel of Record.

  PLEASE TAKE NOTICE that, on January 1, 2023, Defendant's counsel, Jaffe, Raitt, Heuer & Weiss, P.C., merged with Taft Stettinius & Hollister LLP. The combined firm name is Taft Stettinius & Hollister LLP. The firm's Southfield address, telephone and facsimile information remain the same, and are as follows:

4892-7831-4055.v1

Taft Stettinius & Hollister LLP<br>
27777 Franklin Road, Suite 2500<br>
Southfield, Michigan<br>
(248) 351-3000 (phone)<br>
(248) 351-3082 (facsimile)

Email addresses for the firm's attorneys have changed from @jaffelaw.com to @taftlaw.com. The new email addresses for Defendant's attorneys of record in this matter are in the signature block below.

Dated:  January 4, 2023                               **Taft Stettinius & Hollister, LLP**

By:     /s/ Scott R. Torpey
Scott R. Torpey (0081561)
Timothy J. O'Connell (0097276)
*Attorneys for Frontier Airlines, Inc.*
27777 Franklin Road, Suite 2500
Southfield, MI  48034
(248) 351-3000
(248) 351-3082 (Fax)
storpey@taftlaw.com
toconnell@taftlaw.com

## CERTIFICATE OF SERVICE

I, Scott R. Torpey, state that I am an employee of Taft Stettinius & Hollister LLP, and that on January 4, 2023, I served the foregoing papers and this *Certificate of Service* via electronic mail on all attorneys of record.

/s/Scott R. Torpey
Scott R. Torpey