IN THE U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **MICHAEL DOMANN, et al.** | ) | CASE NO: 1:22 CV 02243 |
| | ) | |
| **Plaintiffs,** | ) | JUDGE BRIDGET MEEHAN BRENNAN |
| | ) | |
| v. | ) | DEFENDANT, CITY OF CLEVELAND'S, |
| | ) | NOTICE OF CONSENT OF REMOVAL |
| **FRONTIER AIRLINES, INC., et al.** | ) | TO FEDERAL COURT |
| | ) | |
| **Defendants** | | |

Now comes Defendant, CITY OF CLEVELAND, by and through counsel and provides written consent of the removal of this matter on December 13, 2022 (ECF #1) to U.S. District Federal Court | Northern District of Ohio, pursuant to 28 U.S.C. § 1446(b)(2)(A).

Respectfully submitted,

**SCHNEIDER, SMELTZ, SPIETH
  BELL LLP**

*/s/ Thomas J. Connick*
Thomas J. Connick (0070527)
1375 East Ninth Street, Suite 900
Cleveland OH  44114
PH: 216-696-4200
tconnick@sssb-law.com
*Attorney for Defendant, City of Cleveland*

## CERTIFICATE OF SERVICE

      I hereby certify that on 4th  day of January, 2023 the foregoing was filed electronically and that notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing system.

      Respectfully submitted,

      /s/ Thomas J. Connick
      Thomas J. Connick (0070527)
      *Attorney for Defendant, City of Cleveland*