# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

MICHAEL DOMANN
AND
MARY JO DOMANN
10824 Watercress Road
Strongsville, Ohio 44149

    Plaintiffs,

vs.

FRONTIER AIRLINES
C/O CORPORATION SERVICE COMPANY
3366 Riverside Drive, #103
Upper Arlington, Ohio 43221

    AND

HUNTLEIGH USA CORP.
5300 Riverside Drive
Cleveland, Ohio 44135

    AND

CITY OF CLEVELAND
Cleveland Hopkins Airport
C/O 601 Lakeside Avenue E.
Cleveland, Ohio 44114

    Defendants.

Case No. 1:22-cv-2243

JUDGE BRIDGET MEEHAN BRENNAN

**DEFENDANT CITY OF CLEVELAND'S MOTION FOR LEAVE TO FILE SUBSTITUTION OF COUNSEL**

    Pursuant to Local Rule 83.9 for the Northern District of Ohio, Defendant City of Cleveland (the "City"), hereby moves for leave to permit Scott R. Torpey (0081561) and Timothy J. O'Connell (0097276) of the law firm of Taft Stettinius & Hollister LLP, 27777 Franklin Road, Suite 2500, Southfield, Michigan 48034, to file a Notice of Substitution of Counsel in place of Thomas J. Connick (0070527) of the law firm of Schneider Smeltz Spieth Bell LLP, 1375 E. Ninth Street, Suite 900, Cleveland, Ohio 44114. Attorneys Scott R. Torpey and Timothy J. O'Connell

1

are the attorneys of record in this action for Co-Defendant Frontier Airlines, Inc ("Frontier"). The requested substitution of Attorneys Scott R. Torpey and Timothy J. O'Connell for the City is being made pursuant to a contractual tender of defense made by the City to Frontier, which was accepted by one of Frontier's insurers.

Respectfully submitted,

| | |
|---|---|
| TAFT STETTINIUS & HOLLISTER LLP | SCHNEIDER SMELTZ SPIETH BELL LLP |
| By: /s/ Scott R. Torpey | By: /s/ Thomas J. Connick |
|     Scott R. Torpey (0081561) |     Thomas J. Connick (0070527) |
|     Timothy J. O'Connell (0097276) | *Attorney for Defendant City of Cleveland* |
| *Attorneys for Defendant Frontier Airlines, Inc.* | 1375 East Ninth Street, Suite 900 |
| 27777 Franklin Road, Suite 2500 | Cleveland, OH 44114 |
| Southfield, MI 48034 | (216) 696-4200 |
| (248) 351-3000 | tconnick@sssb-law.com |
| storpey@taftlaw.com | |
| toconnell@taftlaw.com | |

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2023, I caused the foregoing document to be electronically filed with the Clerk of the Court using the ECF system, which sent notification of such filing upon all ECF Participants.

By:     /s/ Scott R. Torpey

2

129830014v1