IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL DOMANN, *et al.,* | : | Case Number 1:22-cv-02243 |
| | : | |
| Plaintiffs, | : | Judge Bridget Meehan Brennan |
| | : | |
| vs. | : | **EDGAR H. BOLES' NOTICE** |
| | : | **OF APPEARANCE AS AN** |
| FRONTIER AIRLINES, INC., *et al.,* | : | **ADDITIONAL COUNSEL OF** |
| | : | **RECORD ON BEHALF OF** |
| Defendants. | : | **PLAINTIFFS MICHAEL** |
| | : | **DOMANN AND MARY JO** |
| | : | **DOMANN** |
| | : | |

Edgar H. Boles herein notifies this Court of his appearance as an additional counsel of record for Plaintiffs Michael Domann and Mary Jo Domann, along with Attorney Michael P. Cassidy.

Edgar H. Boles requests that all records of this Court be updated to reflect his appearance and requests service all documents filed with the Court, including without limitation, service of any and all pleadings, motions, briefs, Court Orders or any other documents, whether formal or informal, written or oral, electronically or otherwise delivered, which in any way otherwise affect the rights or interests of the Plaintiffs in the above-captioned matter.

Respectfully submitted,

/s/ Edgar H. Boles
EDGAR H. BOLES (Ohio Reg. 0003885)
Of Counsel
Dinn, Hochman & Potter, LLC
6105 Parkland Boulevard, Suite 100
Cleveland, Ohio  44124
(440) 446-1100 – Phone
(440) 446-1240 – Fax
eboles@dhplaw.com
Counsel for Plaintiffs Michael Domann and
Mary Jo Domann

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2023 *Edgar H. Boles' Notice of Appearance as Additional Counsel of Record on Behalf of Plaintiffs Michael Domann and Mary Jo Domann* was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/ Edgar H. Boles
EDGAR H. BOLES
Counsel for Plaintiffs Michael Domann and
Mary Jo Domann

2