IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

MICHAEL DOMANN AND
MARY JO DOMANN
10824 Watercress Road
Strongsville, Ohio 44149

      Plaintiffs,

      vs.

FRONTIER AIRLINES
C/O CORPORATION SERVICE
COMPANY
3366 Riverside Drive, #103
Upper Arlington, Ohio 43221

      AND

HUNTLEIGH USA CORP.
5300 Riverside Drive
Cleveland, Ohio 44135

      AND

CITY OF CLEVELAND
Cleveland Hopkins Airport
C/O 601 Lakeside Avenue E.
Cleveland, Ohio 44114

      Defendants.

Case No. 1:22-cv-2243

JUDGE BRIDGET MEEHAN BRENNAN

**INDEX OF EXHIBITS TO DEFENDANT FRONTIER AIRLINES, INC.'S AND DEFENDANT CITY OF CLEVELAND'S RESPONSE TO SHOW CAUSE ORDER**

**INDEX OF EXHIBITS TO DEFENDANT FRONTIER AIRLINES, INC.'S AND DEFENDANT CITY OF CLEVELAND'S RESPONSE TO SHOW CAUSE ORDER**

| *Exhibit* | *Description* |
|---|---|
| A | Huntleigh statement |