# EXHIBIT A



MCO Flight #1045
Michael Domann
PNR-WDPBVT


I had a phone conversation with Huntleigh agent Felicia Starkey she stated she asked Michael to wait one minute till her coworker arrived to assist Michael stated he could get into the isle chair himself he climbed over into the isle chair reached back to his personal chair to grab his back pack and slid off the chair and landed on his buttocks. He told Falicia and the Frontier agent he was fine. They assisted him back into the chair and loaded him into his seat.


Don Moore
General Manager
Huntleigh USA
Cleveland
216/310/8208