UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL DOMANN, *et al.*, | ) | CASE NO. 1:22-cv-02243 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | JUDGE BRIDGET MEEHAN BRENNAN |
| v. | ) | |
| | ) | |
| FRONTIER AIRLINES, INC., *et al.*, | ) | **NOTICE OF CASE MANAGEMENT** |
| | ) | **CONFERENCE AND ORDER** |
| Defendants. | ) | |

**I.  CASE MANAGEMENT CONFERENCE**

All counsel and parties will take notice that the above-entitled action has been set for a Case Management Conference ("CMC") on **March 20, 2024, at 9:00 a.m.**  The following directives apply to this particular CMC:

\_\_\_\_\_  All parties (or, in the case of a corporation or similar legal entity, the person most familiar with the facts of the case) and lead counsel are required to attend in person.  Participants should report directly to Chambers 15B, U.S. Courthouse, 801 West Superior Avenue, Cleveland, OH.

\_\_\_\_\_  Only lead counsel are required to attend in person; parties shall be available by telephone.  Participants should report directly to Chambers 15B, U.S. Courthouse, 801 West Superior Avenue, Cleveland, OH.

\_\_\_\_\_  All parties (or, in the case of a corporation or similar legal entity, the person most familiar with the facts of the case) and lead counsel are required to participate by telephone, OR

__X__  Only lead counsel are required to participate by telephone.  Directions for joining the call will be emailed to counsel of record by the courtroom deputy no later than the day before the CMC.

The Court believes that the CMC is of extraordinary importance and expects counsel to be prepared with the factual predicate from the standpoint of counsel's client. The Court will

specifically tailor the Case Management Plan to the particular case based on the information supplied at the CMC.

The agenda for the CMC is set forth in Rule 16.3(b)(2) of the Local Rules of the United States District Court for the Northern District of Ohio ("LR"). In addition, the Court expects to set a trial date and a final pre-trial conference date at the CMC.

## II. TRACK ASSIGNMENT

This case is subject to the provisions of Differentiated Case Management ("DCM"), as set forth in the Local Rules. The Court will evaluate this case in accordance with LR 16.2(a)(1) and assign it to one of the case management tracks described in LR 16.2(a)(2). Each of the tracks (expedited, standard, complex, mass tort and administrative) has its own set of guidelines and timelines governing discovery, motion practice and trial.

## III. PLANNING MEETING

Pursuant to LR 16.3(b)(3) and Fed. R. Civ. P. 26(f), counsel for all parties, as well as all unrepresented parties, are jointly responsible for arranging and participating in a planning meeting in preparation for the CMC. Plaintiff shall initiate arranging for the meeting in a timely fashion. A report of the planning meeting shall be jointly signed and filed with the Court no less than three (3) business days before the CMC. **The report shall be in the form of Attachment 1 to this Order.**

## IV. MANDATORY DISCLOSURES

Fed. R. Civ. P. 26(a) mandates a series of required disclosures in lieu of discovery requests ("initial disclosures"). Only certain categories of proceedings, outlined in Rule 26(a)(1)(B), are exempt from these initial disclosures. If a party wishes to object to the requirement of initial disclosures, it must do so as part of the planning meeting report described

above in Section III.  The parties **must** exchange initial disclosures no later than five (5) business days before the Case Management Conference.

V.     **ATTORNEY FEES ITEMIZATION**

In all cases in which it is anticipated that a party or parties will seek attorney fees pursuant to statutory or case-law authority, such party shall serve on opposing counsel and file with the Court at or before the CMC a preliminary estimate and/or budget of the amount of fees and expenses expected to be the subject of any such claim.  The estimate shall include, but not be limited to, the following:

| ATTORNEY FEES | | COSTS | |
|---|---|---|---|
| Preliminary Investigation and Filing Complaint | $_____ | Depositions | $_____ |
| Procedural Motions Practice | $_____ | Experts | $_____ |
| Discovery | $_____ | Witness Fees | $_____ |
| Dispositive Motions Practice | $_____ | Other | $_____ |
| Settlement Negotiations | $_____ | | |
| Trial | $_____ | | |
| **TOTAL FEES** | $_____ | **TOTAL COSTS** | $_____ |

VI.     **CONSENT TO JURISDICTION OF MAGISTRATE JUDGE**

Magistrate Judge Grimes has been assigned to assist in this case.  The parties are encouraged to discuss and consider consenting to the jurisdiction of the Magistrate Judge. A form reflecting the parties' consent, if any, to the Magistrate Judge's jurisdiction is provided with this Order.

VII.     **RESOLUTION BEFORE CMC**

If this case is resolved before the CMC, the parties shall submit a stipulation of settlement and dismissal, or otherwise notify the Court that such a stipulation is in process by contacting the Court's chambers at 216-357-7200.

## VIII. INITIAL STANDING ORDER

Parties are instructed to review the Initial Standing Order issued in this matter. All counsel should familiarize themselves with the Local Rules regarding briefing, motions and memoranda, and discovery requirements.

  **IT IS SO ORDERED.**

**Date**: February 15, 2024

BRIDGET MEEHAN BRENNAN
UNITED STATES DISTRICT JUDGE