UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL DOMANN, et al., | : | Case No. 1:22-CV-2243 |
| | : | |
| Plaintiffs, | : | Judge Bridget Meehan Brennan |
| vs. | : | |
| | : | **PLAINTIFFS' RULE 26(a)(1)(A)** |
| FRONTIER AIRLINES, INC., et al., | : | **INITIAL DISCLOSURES** |
| | : | |
| Defendants. | : | |

Pursuant to Fed. R. Civ. P. 26(a)(1)(A), Plaintiffs herein submit their Initial Disclosures.

**i.     Individuals likely to have discoverable information:**

1.   Michael Domann, Plaintiff
     233 Mallard Lane
     Dayton Beach, FL 32119
     Incident, injury, loss, and damages

2.   Mary Jo Domann, Plaintiff
     233 Mallard Lane
     Dayton Beach, FL 32119
     Effect on marriage and home life

3.   Mary Ann Cline, R.N., Life Care Planner
     ProMedica Verity Group
     25001 Emery Road, Suite 300
     Cleveland, Ohio 44128

4.   Brian Ruess, M.D.
     Orlando Orthopaedic Center
     25 W. Crystal Lake Street
     Orlando, FL 32806

Plaintiff's M.D.'s are various; to be identified at the Cleveland Clinic, University Hospitals of Cleveland.

ii. **Description of Documents:**

None at present

iii. **Computation of Damages:**

1. accommodation of current disability with additional assistance by Life Care plan and economic evaluation. Future disability subject to high risk surgical intervention.

2. Surgery to address torn rotator cuff estimate.

3. Discomfort, pain and suffering from additional disability.

4. Additional accommodation if surgery is not effective, electric wheelchair.

5. Consortium claim in addition to and in lieu of additional assistance.

iv. **Insurance Agreement(s):**

Not applicable.

Respectfully submitted,

/s/ Edgar H. Boles
EDGAR H. BOLES (0003885)

/s/ Michael P. Cassidy
MICHAEL P. CASSIDY (001087)
Dinn, Hochman & Potter, LLC
    6105 Parkland Boulevard, Suite 100
Mayfield Heights, Ohio 44124
Telephone: (440) 446-1100
Facsimile: (440) 336-1240
Email: eboles@dhplaw.com
       mcassidy@dhplaw.com
Counsel for Plaintiffs

## **CERTIFICATE OF SERVICE**

    I hereby certify that on the 13th day of March 2024 *Plaintiffs' Rule 26(a)(1) Initial Disclosures* were filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and emailed to Defendants counsel.  Parties may access this filing through the Court's ECF system.

                                          /s/ Edgar H. Boles
                                          EDGAR H. BOLES (0003885)
                                          Counsel for Plaintiffs