# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

MICHAEL DOMANN
MARY JO DOMANN

CIVIL CASE NO. 1:22-cv-002243

vs.

JUDGE Bridgett M. Brennan

FRONTIER AIRLINES, INC., et al

## PRAECIPE FOR ISSUANCE

[X] ORIGINAL SUMMONS

[ ] ALIAS SUMMONS

[ ] THIRD PARTY SUMMONS

[ ] CERTIFICATE OF JUDGMENT LIEN UPON LANDS AND TENEMENTS §2329.02 ORC

[ ] CERTIFICATE OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT

[ ] WRIT OF EXECUTION

[ ] OTHER (Please Specify)  **Defendant Frontier Airlines, Inc.'s Notice of Removal**

Document to be issued should be uploaded as an attachment to the Praecipe.

If service of summons will be done by certified or ordinary mail, see Local Rule 4.2.

Date: March 25, 2024

By: Michael P. Cassidy (0001087)

Attorney for Plaintiffs

revised 02/2009