UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL DOMANN, *et al.*, | ) | CASE NO. 1:22-cv-02243 |
| | ) | |
| Plaintiffs, | ) | JUDGE BRIDGET MEEHAN BRENNAN |
| | ) | |
| v. | ) | |
| | ) | |
| FRONTIER AIRLINES, INC., *et al.*, | ) | **CASE MANAGEMENT ORDER** |
| | ) | |
| Defendants. | ) | |

The Case Management Conference ("CMC") in this matter was held on April 10, 2024. Attorneys Michael Cassidy and Edgar Boles, II participated on behalf of Plaintiffs. Attorney Timothy O'Connell participated on behalf of Defendants Frontier Airlines, Inc. and City of Cleveland.

The parties and counsel of record agreed to the following, and **IT IS SO ORDERED** that:

    1.    This case is assigned to the **standard** track.

    2.    This case will be referred for Alternative Dispute Resolution ("ADR"):

Yes _____   No_____   Decision delayed _____X_____

    3.    The parties **do not** consent to the jurisdiction of a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).

    4.    The pleadings shall be amended and new parties shall be joined on or before **May 20, 2024**.

    5.    Electronically Stored Information. The parties agree to follow the default standard for discovery of electronically stored information (Appendix K to Northern District of

Ohio Local Rules).

6. Protective Order.  The parties agreed to the form protective order set forth in Appendix L to the Local Rules and will submit the proposed order to the Court no later than **May 1, 2024**.

7. Non-expert discovery shall be completed by **March 20, 2025**.  Discovery shall be conducted according to the guidelines set forth in Local Rule 16.2 for cases assigned to this track.  Parties must comply with Local Rule 37.1 before filing any motions seeking aid from the Court in discovery matters.  To satisfy the requirement for meet and confer, the parties must meet in person or by video conference.  If a telephonic conference is the only available means, the parties must explain why that is so.  Email communications will never be sufficient.

8. Expert discovery shall be completed as follows:

> Report(s) for party bearing the burden of proof: **11/21/2024**
>
> Responsive report(s): **1/20/2025**
>
> Expert discovery deadline: **3/20/2025**

9. The dispositive motion deadline is **May 20, 2025**.  Responses to dispositive motions must be filed within thirty (30) days of service of the dispositive motion.  Replies must be filed within fourteen (14) days of the service of the response. (*See* Local Rule 7.1).  No sur-reply brief may be filed without leave from the Court.  No request for an extension of time will be entertained unless it is filed prior to the response date from which extension is sought and it indicates whether opposing counsel consents or objects to the requested extension.

10. A telephonic status conference with lead counsel is set for **September 30, 2024, at 9:00 a.m.** Counsel shall confer within five (5) business days of the scheduled conference to discuss outstanding issues and respective positions as to settlement.  Three (3) business days

before a status conference, counsel shall provide the Court with a joint status report consistent with the Court's Initial Standing Order. (See VIII(A).) The Status Reports need not be filed, but may be delivered via email to Brennan_Chambers@ohnd.uscourts.gov.

    **IT IS SO ORDERED.**

**Date:** April 11, 2024

BRIDGET MEEHAN BRENNAN
UNITED STATES DISTRICT JUDGE