| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  m(u)hite   ☑ Agent  ☐ Address<br>B. Received by (Printed Name)   C. Date of Delivery  4/9/24 |
| 1. Article Addressed to:<br><br>Huntleigh USA Corporation<br>545 E. John Carpenter Freeway<br>Suite 175<br>Irving, TX 75062 | D. Is delivery address different from item 1?  ☐ Yes<br>    If YES, enter delivery address below:    ☑ No |
| ‖‖‖‖‖ barcode ‖‖‖‖‖<br>9590 9402 7503 2098 4432 25 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☑ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☑ Signature Confirmation<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7020 3160 0001 8044 0639 | |
| PS Form 3811, July 2020 PSN 7530-02-000-9053   1:22CV2243 | Domestic Return Receipt |

USPS TRACKING #





9590 9402 7503 2098 4432 25

**United States Postal Service**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

* Sender: Please print your name, address, and ZIP+4® in this box•

Clerk of Courts
United States District Court
Northern District of Ohio
801 West Superior Avenue
Carl B. Stokes U.S. Court House
Cleveland, Ohio 44113