**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Huntleigh USA Corporation
c/o National Registered
Agents, Inc.
4400 EAston Commons Way #125
Columbus, OH 43219

9590 9402 7503 2098 4432 32

2. Article Number (Transfer from service label)

7020 3160 0001 8044 0653

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name): Daniel D. Kelley
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

22-2243

Domestic Return Receipt

---

USPS TRACKING #



9590 9402 7503 2098 4432 32

**United States Postal Service**

- Sender: Please print your name, address, and ZIP+4® in this box•

Clerk of Courts
United States District Court
Northern District of Ohio
801 West Superior Avenue
Carl B. Stokes U.S. Court House
Cleveland, OH 44113

