UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL DOMANN, *et al.*, | ) | CASE NO. 1:22-CV-02243 |
| | ) | |
| Plaintiffs, | ) | JUDGE BRIDGET MEEHAN BRENNAN |
| | ) | |
| v. | ) | |
| | ) | |
| FRONTIER AIRLINES, INC., *et al.*, | ) | **ORDER OF DISMISSAL** |
| | ) | |
| Defendants. | ) | |

The Court is in receipt of the parties' Stipulation of Dismissal with Prejudice. (Doc. 60.) Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this case is DISMISSED with prejudice. Court costs to Plaintiffs.

**IT IS SO ORDERED.**

Date:  December 22, 2025

_____
BRIDGET MEEHAN BRENNAN
UNITED STATES DISTRICT JUDGE